IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01538-CMA-MJW

ANASTASIOS  ANDRIANAKOS, et al.,

Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order, DN 22, filed with the Court on February 12, 2010, is GRANTED and the scheduling order is amended to allow the Defendants Wells Fargo Bank, N.A. and US Bank, N.A. up to and including March 18, 2010 and to allow Plaintiffs an extension of time up to and including February 16, 2010, in which to provide their expert witness disclosures.

Date:  February 17, 2010