IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01538-CMA-MJW

ANASTASIOS  ANDRIANAKOS, et al,

Plaintiff(s),

v.

WELLS FARGO BANK, N.A., et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants Well Fargo Bank, N.A. and US Bank, N.A.'s Unopposed Motion to Vacate Scheduling Order to Allow For Settlement Discussions (docket no. 29) is DENIED.  I find that nothing is preventing the parties from settling their case at anytime and therefore there is no need to vacate the current Scheduling Order.

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on or before May 31, 2010, regarding the settlement status of this case and any need to set a settlement conference.

Date:  May 3, 2010