IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01538-CMA-MJW

ANASTASIOS ANDRIANAKOS, and
IRENE A. ANDRIANAKOS,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
US BANK, N.A., as Trustee, and
PUBLIC TRUSTEE, CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion For Dismissal With Prejudice (Doc. # 36). The Court having considered the stipulated motion for dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED: June  30 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge